UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD P. ROSENDALE,<br><br>         Plaintiff,<br><br>   -against-<br><br>ALYSON BENNETT,<br><br>         Defendant. | 23-CV-10980 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: December 20, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge